**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01267-REB-OES

WESTPORT INSURANCE CORPORATION,

    Plaintiff,

v.

ROBERT M. DUITCH,
ROBERT M. DUITCH, PC, and
JAMES W. GARLAND,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On September 28, 2005, the parties filed an **Amended Stipulation for Dismissal Without Prejudice** [#11]. After careful review of the amended stipulation and the file, the court has concluded that the amended stipulation should be approved and that plaintiff's claim against defendants Robert M. Duitch and Robert M. Duitch, PC, and the counterclaim of Robert M. Duitch and Robert M. Duitch, PC, against plaintiff Westport Insurance Corporation should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Amended Stipulation for Dismissal Without Prejudice** [#11], filed on September 28, 2005, is **APPROVED**;

2. That plaintiff's claim against defendants, Robert M. Duitch and Robert M. Duitch, PC, and the counterclaim of Robert M. Duitch and Robert M. Duitch, PC against

plaintiff, Westport Insurance Corporation, are **DISMISSED WITHOUT PREJUDICE**; and

    3.  That each party shall pay its own attorney fees and costs; and

    4.  That Robert M. Duitch and Robert M. Duitch, PC, **ARE DROPPED** as parties to this action, and the case caption is amended accordingly.

    Dated September 29, 2005, at Denver, Colorado.

                            BY THE COURT:

                            s/ Robert E. Blackburn
                            Robert E. Blackburn
                            United States District Judge